DECIDED JANUARY 28, 1975.

Charles Johnson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29366. BARKLEY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., disqualified.*

DECIDED JANUARY 28, 1975.

Robert Lee Barkley, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29446. JACKSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1975.

Eugene Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29440. JACKSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J.,*